**FILED**

MAR 11 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMION EDWARD CRUZ-BENAVENTE<br><br>Defendant. | NO. P:21-CR-157<br><br>**S E A L E D  I N D I C T M E N T**<br><br>[Count One: 18 U.S.C. § 2241(a), Aggravated Sexual Abuse by Force or Threat]<br><br>[Count Two: 18 U.S.C. § 2242(1), Sexual Abuse by Threat]<br><br>[Count Three: 18 U.S.C. § 2243(a), Sexual Abuse of a Minor] |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 2241(a)]

From on or about July 7, 2015, to on or about April 5, 2016, in the Western District of Texas, within the boundaries of an area within the special maritime and territorial jurisdiction of the United States, the Defendant,

**DAMION EDWARD CRUZ-BENAVENTE**

did knowingly cause **Minor Female Victim** to engage in a sexual act, to wit, contact between the penis and the vulva, and contact between the mouth and the penis, by use of force against **Minor Female Victim**,

A violation of Title 18, United States Code, Section 2241(a).

## COUNT TWO
## [18 U.S.C. § 2242(1)]

From on or about July 7, 2015, to on or about April 5, 2016, in the Western District of Texas, within the boundaries of an area within the special maritime and territorial jurisdiction of the United States, the Defendant,

### DAMION EDWARD CRUZ-BENAVENTE

did knowingly cause **Minor Female Victim** to engage in a sexual act, to wit, contact between the penis and the vulva, and contact between the mouth and penis, by threatening and placing **Minor Female Victim** in fear,

A violation of Title 18, United States Code, Section 2242(1).

## COUNT THREE
## [18 U.S.C. § 2243(a)]

From on or about July 7, 2015, to on or about April 5, 2016, in the Western District of Texas, within the boundaries of an area within the special maritime and territorial jurisdiction of the United States, the Defendant,

### DAMION EDWARD CRUZ-BENAVENTE

did knowingly engage in a sexual act with **Minor Female Victim**, to wit, contact between the penis and the vulva, and contact between the mouth and penis, and at the time of the sexual act, **Minor Female Victim** had reached the age of twelve years but had not yet reached the age of sixteen years, and at the time of the sexual act, **Minor Female Victim** was at least four years younger than the Defendant,

A violation of Title 18, United States Code, Section 2243(a).

A TRUE BILL.

Original signed by the foreperson of the Grand Jury

~~FOREPERSON OF THE GRAND JURY~~

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: EDUARDO R. MENDOZA
Assistant U.S. Attorney