UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>DAMION EDWARD CRUZ-BENAVENTE )<br>)<br>)<br>Defendant. ) | CAUSE NO. P-21-CR-157-DC |

**GOVERNMENT'S SUPPLEMENTAL WITNESS LIST**

To the Honorable David Counts, United States District Judge

The United States of America intends to call the following witnesses at trial:

1. Alice Downie, Special Agent, Federal Bureau of Investigation
2. Phillip Oaks, Special Agent, United States National Park Service
3. Tanya Lawson, Detective, Killeen Police Department
4. Sherri Fentress, Examiner, Federal Bureau of Investigation
5. Ana Moreno, Special Agent, Federal Bureau of Investigation
6. Victim
7. Victim's Grandmother
8. Steven Sigala, Park Ranger, United States National Park Service
9. Jadon Bills, Former Sul Ross State University Student
10. Pam Tucker

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY


/S/ LANCE KENNEDY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August 2021, a copy of this document was filed via the CM/ECF System which will then serve the following Defense Counsel, Louis Correa.

/S/ LANCE KENNEDY
Assistant United States Attorney